UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SEYDINA DIOP,

                Plaintiff,

v.

MARKWAYNE MULLIN et al.,

                Defendants.

_____/

Case No. 1:26-cv-1261

Honorable Robert J. Jonker

## <u>ORDER TO FILE AMENDED COMPLAINT</u>

This is a civil rights action brought by a former United States Immigration and Customs Enforcement (ICE) detainee under 42 U.S.C. § 1983.[1] (ECF No. 1-1.) Plaintiff initiated this action by filing a complaint in the United States District Court for the Southern District of Ohio on April 13, 2026. Believing that Petitioner remained detained at the North Lake Processing Center in Baldwin, Lake County, Michigan, the Southern District of Ohio transferred the action to this Court "for the convenience of the parties and in the interest of justice." (Order, ECF No. 3.) However, as of April 11, 2026, Plaintiff was released from ICE custody at the Butler County Jail in Hamilton, Ohio, Second Suppl. Status Report, *Diop v. Raycraft*, No. 1:26-cv-255 (W.D. Mich. Apr. 12, 2026), (ECF No. 22), and in Plaintiff's complaint, he states that he is presenting claims about his detention for nineteen days in March at the Port Isabel Detention Center in Texas, the Mahoning County Jail in Ohio, and the Calhoun County Jail in Michigan. (Compl., ECF No. 1-1, PageID.5.)

---

[1] The Clerk is directed to update the docket to reflect that the cause of action is a 42 U.S.C. § 1983 action and that the nature of suit is "550."

To clarify the claims that Plaintiff intends to bring in this 42 U.S.C. § 1983 action, the Court will provide Plaintiff with an opportunity to file an amended complaint using the form "complaint for a civil case" for non-prisoner complaints.

The Court directs the Clerk to send to Plaintiff a copy of the form "complaint for a civil case" for non-prisoner complaints. Plaintiff shall submit an amended complaint by filing his complaint on this form within twenty-one (21) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court will dismiss the complaint without prejudice. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

Dated:    April 22, 2026                          /s/ Robert J. Jonker
                                                  Robert J. Jonker
                                                  United States District Judge